JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDRAMEDIA CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYDRA MEDIA GROUP, INC., a California corporation d/b/a HYDRAMEDIA,<br><br>Defendants. | Case No. CV 06-05293 DDP (JTLx)<br><br>**FINAL JUDGMENT ORDER** |

These matters having been fully heard, the Court finds that there is no genuine issue of material fact concerning whether Defendant's infringement of Plaintiff's trademark was willful. It is therefore ORDERED that Defendant has not willfully infringed Plaintiff's trademark rights and that Plaintiff is not entitled to an accounting.

It is further ORDERED that a permanent injunction shall be and hereby is entered against Defendant, its directors and officers, all of its parents, owners, subsidiaries, agents, servants, employees and all other persons in active concert or privity or in

participation with Defendant, enjoining each of them from infringing Plaintiff's HYDRAMEDIA mark by use of the name and mark HYDRAMEDIA, but not those variations including the word "HYDRA," pursuant to the Court's previous order.

    Each side shall bear their own costs.

IT IS SO ORDERED.

Dated: January 15, 2009

                            DEAN D. PREGERSON
                        United States District Judge